UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANE DOE 1–2, individually and on behalf
of all others similarly situated,

      Plaintiffs,

v.

DEJA VU SERVICES, INC., et al.,

      Defendants.
_____/

Case No. 2:16-cv-10877

HONORABLE STEPHEN J. MURPHY, III

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Order dated June 19, 2017, the case is **DISMISSED WITH PREJUDICE**.

DAVID J. WEAVER
CLERK OF THE COURT

BY: s/D. Parker
Deputy Clerk

APPROVED:

s/Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: June 19, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 19, 2017, by electronic and/or ordinary mail.

s/David P. Parker
Case Manager