Settlement Administrator
In re: Employment Litigation
P.O. Box 2006
Chanhassen, MN 55317-2006

844-322-8168

## CASH ELECTION FORM

23215

Claim Number: 1004640

PIN: sK*ddVD8

Nicole Oliviera

To receive the settlement benefit in *Doe v. Deja Vu Services, Inc.* as a one-time cash payment, you must file this Cash Election Form. You have two options for filing the Form:

1. **File Online**: File online at www.DejaVuNightclubSettlement.com; or
2. **File by Mail**: Fill out this form and mail it or email it to:

    Settlement Administrator
    In re: Employment Litigation
    P.O. Box 2006
    Chanhassen, MN 55317-2006

    claims@dejavunightclubsettlement.com

Eligible class members who do not file a Cash Election Form will instead receive a Rent Credits good towards the rent to which a club would otherwise be entitled under the terms of the Dancer Performance Lease, or Dance Fee Payments (depending on the operation of the Club). You must file this Cash Election Form by **June 22, 2017** to receive a one-time Cash Payment instead of Rent Credits or Dance Fee Payments.

If you file your Cash Election Form, you will receive the payment by way of a check.

Social Security #:
Stage Name(s):
Your Legal Name: Nicole Marie Oliviera
Street Address:
City:            State:       Zip Code:
Phone:
Email Address:

Check the box below in order to receive a one-time cash payment. The Administrator will confirm your eligibility.

[X] I want to receive the one-time Cash Payment instead of receiving Rent Credits or Dance Fee Payments. *(check box)*

Your Signature: *[signed]* Nicole Oliviera

Date Signed: 4-3-2017

**EXHIBIT 2**

